JS-6

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK AMES, *et al.*,<br>Plaintiffs,<br>v.<br>PATRICK NELSON, *et al.*<br>Defendants. | CASE NO. 2:22-cv-09400-CBM-AGR<br>Assigned to Hon. Consuelo B. Marshall<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has received the joint status report filed on December 11, 2024, Plaintiffs' Request for Dismissal filed on January 13, 2025, and the order entered on December 5, 2024, by the District Court of Travis County, Texas, which granted final approval of the settlement between the investors in NP Skyloft, DST and Axonic Credit Opportunities Master Fund LP, Burgundy 523 Offshore Fund Ltd., Axonic Special Opportunities SBL Master Fund LP, ACO Skyloft Manager LLC, Axonic Capital LLC, and Clayton DeGiacinto (the "Final Approval Order"). Good cause appearing, the Court HEREBY ORDERS that this case is dismissed with prejudice. Each party shall bear their own respective fees and costs.

**IT IS SO ORDERED**.

Dated: January 24, 2025

HON. CONSUELO B. MARSHALL
UNITED STATE DISTRICT JUDGE